IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCO ANTONIO MUNIZ DE LA CERDA,<br><br>*Plaintiff,*<br><br>vs.<br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; REYNALDO CASTRO, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; FIELD OFFICE DIRECTO SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR, ICE; TODD M. LYONS, DIRECTOR, ICE; AND KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | 5:25-CV-01665-FB-RBF |

**ORDER DIRECTING SERVICE AND ANSWER/RESPONSE
AND SETTING HEARING**

Before the Court is Petitioner Marco Antonio Muniz De La Cerda's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, *see* Dkt. No. 1, and Motion for Temporary Restraining Order and Preliminary Injunction, *see* Dkt. No. 4. This case was referred for disposition of all pretrial matters, pursuant to Rule CV-72 and Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 3.

**IT IS ORDERED** that Respondents shall file a Response to the Petition, Dkt. No. 1, and Motion, Dkt. No. 4, within **fourteen (14) days** of the date of service. This deadline is warranted by the backlog of similar cases in this Court. Of particular concern to the Court are arguments from Petitioner about removal not being reasonably foreseeable and alleged violations of procedural due process in connection with Petitioner's re-arrest and detention (including whether

the failure to follow relevant regulations can be a violation of due process). The Response should clarify the legal basis for Petitioner's re-arrest and detention, explain what notice and opportunity to be heard Petitioner received and was entitled to receive prior to re-arrest and detention, whether revocation of the order of supervision is required under the law or as a matter of due process prior to any re-arrest or detention, and any other issue Respondents wish to address. Petitioner may file a reply, if desired, within **seven (7) days** of the filing of the Response.

**IT IS FURTHER ORDERED** that that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, Motion for Temporary Restraining Order, Dkt. No. 4, and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondents Pam Bondi, Attorney General of the United States; Sylvester Ortega, Field Office Director of U.S. Immigration and Customs Enforcement; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; and Kristi Noem, U.S. Department of Homeland Security. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216. It should be noted, however, that counsel for Respondent Bondi has appeared on the docket and will therefore also receive electronic notice of this Order via the Court's CM/ECF system.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Reynaldo Castro, Warden of South Texas ICE Processing Center 566 Veterans Dr. Pearsall, Texas 78061, with copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, the Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 4, and this Order. Such delivery by certified mail, return receipt requested, will constitute sufficient service of process.

**IT IS FINALLY ORDERED** that this case is set for an **attorneys-only** hearing on **January 26, 2026, at 1:30 PM**. The hearing will be held by video conference using the Zoom video platform. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

Counsel should check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy. Counsel should be prepared to discuss the status of the case, scheduling, and other procedural matters.

**IT IS SO ORDERED.**

**SIGNED** this 30th day of December, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE